# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

# 30053

Jeffrey E. Larkin
[You are the PLAINTIFF, print your full name on this line.]

v. Elkhart City Police Department.
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-1053
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
DEC - 7 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart city Police Department. | 175 WaterFall Drive. Elkhart, IN 46516 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ONE (1.) As A (Group.)
2. What is the name and address of your prison or jail? Elkhart City Police Department, 175 WaterFall DR. Elkhart, IN 46516.
3. Did the event you are suing about happen there? ○ Yes. ☒ No, it happened at: At A Grocery Store, ON main St. in Elkhart, IN.
4. On what date did this event occur? 1-15-2023.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

("Class Action") violating Constitutional civil Rights.

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Elkhart City Police Department. 175 Waterfall Drive, Elkhart, IN 46516. Place a Tresspass Order, On me At the grocery Store On main St in Elkhart, IN "Which Violates my Constitution Civil Rights."

(Disformation of Charter.)

"Class Action"
(Violating Constitutional Civil Rights.)

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

("Class Action") Violating Constitutional Civil Rights.

**Claims and Facts (continued)**

(Disformation of Charter.)

Elkhart City Police Department.

(Class Action.) Violating my Constitutional Civil Rights.

On 1-15-2023, for a tresspass order against me.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ☒ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   It's not up for my Decison I'm Haveing the Court's make the Final Decison.

[Initial Each Statement]
- I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- I will keep a copy of this complaint for my records.
- I will promptly notify the court of any change of address.
- I WILL NOT send more than one copy of any filing to the court.
- I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature: Jeffrey E. Luke    Prisoner Number: #30053

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Part 1: Grievance complaint. (Class Action.) Constitution Civil Rights. (violation.)

#30053

Date: 1-15-2023

Time: 8:39 A.M.

incident location: Grocery Store on main st. in Elkhart, IN

complaint file on: Elkhart city Police Department.

Here comes, I Jeffrey E. Larkin, On August 5, 2021 was release from Elkhart Co. Correction Center to acknolegment before I was arrested August 6, 2020 I was not told are aware for a tresspass Order, At this Grocery Store on main St. in Elkhart, In, On 1-15-2023 I was arrested for a tresspass order, This is a (Class Action.) Constitution Civil Rights violation, this is why a constitution civil Rights is beening file, On Elkhart City Police Department in Elkhart, IN 46516 175 waterfall Drive, in Elkhart Co.

Suggested Remedy:

cont. Part 2.

#30053
X Jeffrey E. Larkin

#30053
X *Jeffery E. Larkin (signature)*

Date: 3-30-2023



*Barbara Fitzgerald* 3-30-23

BARBARA FITZGERALD
Notary Public, State of Indiana
Elkhart County
Commission Number 691229
My Commission Expires
September 25, 2024

cont. Grievance complaint. (Class Action.)
Part 2.     Constitutional Civil Rights.
                                    (violation.)

Suggested Remedy:

#30053

I Jeffrey E. Larkin is Now fileing a (Class Action.) Constitutional Civil Rights Complaint against Elkhart City Police Department. Violating Constitution Civil Rights. and for Disformation of Charter, and motionally Depress I would like to recieve in the Amount: ~~$~~ $249.9K dollars.

I was Sentenced 180 Days with 9 Credited in the Elkhart City Court Bld. On 1-24-2023 in Elkhart Co. Elkhart, IN. 46516

#30053

X Jeffrey E. Larkin

#30053

X *Jeffrey E. Larkin* (signature)

Date: 3-30-2023

[Notary Seal: BARBARA FITZGERALD, Notary Public, State of Indiana, Elkhart County, Commission Number 691229, My Commission Expires September 25, 2024]

Barbara Fitzgerald  3-30-23