# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEFFREY E LARKIN

    Plaintiff

v.

                                                      Civil Action No.  3:23-cv-1053

ELKHART CITY POLICE DEPARTMENT

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED as abandoned under Federal Rule of Civil Procedure 41.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty.

DATE: 3/4/2024                                  CHANDA J. BERTA, CLERK OF COURT

                                                      by   s/A. Highlen_____
                                                      *Signature of Clerk or Deputy Clerk*